## Jo Ann HOFFMANN, Appellant,

v.

Keith FERGUSON, Sheriff, Benton County, Arkansas; Captain Hunter Petray, Benton County Detention Center; Steve Bell, Little Flock Police Department, Appellees.

No. 11–1128.

United States Court of Appeals, Eighth Circuit.

Submitted: July 6, 2011.

Filed: July 15, 2011.

Jo Ann Hoffman, Rogers, AR, pro se.

Janan A. Davis, John M. Rainwater, Rainwater & Holt, Little Rock, AR, John Lennon Wilkerson, Arkansas Municipal League, North Little Rock, AR, for Appellees.

Before WOLLMAN, BOWMAN, and SMITH, Circuit Judges.

PER CURIAM.

Jo Ann Hoffman appeals the district court's[1] adverse grant of summary judgment in her 42 U.S.C. § 1983 action. Upon de novo review of the record, *see McKenney v. Harrison*, 635 F.3d 354, 358 (8th Cir.2011) (standard of review), we agree with the district court that defen-

dants were entitled to summary judgment. We also find no basis for overturning the other orders Hoffman challenges on appeal. The judgment is affirmed, *see* 8th Cir. R. 47B, and we also deny Hoffman's motion to supplement the record.

1. The Honorable Jimm Larry Hendren, Chief Judge, United States District Court for the Western District of Arkansas, adopting the report and recommendations of the Honorable Erin L. Setser, United States Magistrate Judge for the Western District of Arkansas.